# Exhibit A

**AMDS**
ASIF LAKHANI, ESQ.
Nevada Bar No. 15059
ALEXANDRE M. FAYAD, ESQ.
Nevada Bar No. 15407
ACE LAKHANI LAW FIRM
100 N. City Parkway, Suite 1700
Las Vegas, Nevada 89106
Telephone: (702) 814-4000
Facsimile: (702) 814-1500
ace@acelakhani.com
alex@acelakhani.com
*Attorneys for Plaintiff*

## EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| ERIK HERNANDEZ ROBLES, an individual; ALEXIZ GOMEZ CARNERO, an individual; <br><br> Plaintiffs, <br><br> vs. <br><br> RODNEY DARNELL DONALDSON JR., an individual; UNITED STATES POSTAL SERVICE, a government entity; DOES 1 through 10; ROE CORPORATIONS 1 through 10, inclusive, <br><br> Defendants. | CASE NO. A-25-933157-C <br> DEPT NO. 22 <br><br> **AMENDED SUMMONS** <br><br> RECEIVED USAO-DNV-LV <br> '26 JAN 15 AM 10:58 |

**NOTICE: YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOU BEING HEARD UNLESS YOU RESPOND WITHIN TWENTY-ONE (21) DAYS, READ THE INFORMATION BELOW.**

TO THE DEFENDANT(S): A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

**UNITED STATES POSTAL SERVICE**
**3375 S. RAINBOW BLVD.**
**LAS VEGAS, NV 89146**

1.     If you intend to defend this lawsuit, within Twenty-One (21) days after this Summons is served on

-1-

you, exclusive of the day of service, you must do the following:

    a.    File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.

    b.    Serve a copy of your response upon the attorney whose name and address is shown below.

2.    Unless you respond, your default will be entered upon application of the Plaintiff(s) and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3.    If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4.    The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators, each have 45 days after service of this summons within which to file an answer or other responsive pleading to the complaint.

Respectfully Submitted:

ACE LAKHANI LAW FIRM

*[signature]*

ASIF LAKHANI, ESQ.
Nevada Bar No. 15059
ALEXANDRE M. FAYAD, ESQ.
Nevada Bar No. 15407
ACE LAKHANI LAW FIRM
100 N. City Parkway, Suite 1700
Las Vegas, Nevada 89106
Telephone: (702) 814-4000
Facsimile: (702) 814-1500
ace@acelakhani.com
alex@acelakhani.com
*Attorneys for Plaintiff*

CLERK OF THE COURT

*[signature]*     1/14/2026

DEPUTY CLERK
200 Lewis Avenue, 5th Floor
Las Vegas, Nevada 89155-1601

**Demond Palmer**

-2-

Electronically Filed
11/18/2025 12:02 PM
Steven D. Grierson
CLERK OF THE COURT

CASE NO: A-25-933157-C
Department 22

COMP
ASIF LAKHANI, ESQ.
Nevada Bar No. 15059
ALEXANDRE M. FAYAD, ESQ.
Nevada Bar No. 15407
ACE LAKHANI LAW FIRM
100 N. City Parkway, Suite 1700
Las Vegas, Nevada 89106
Telephone: (702) 814-4000
Facsimile: (702) 814-1500
ace@acelakhani.com
alex@acelakhani.com
*Attorneys for Plaintiff*

**EIGHTH JUDICIAL DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| ERIK HERNANDEZ ROBLES, an individual; ALEXIZ GOMEZ CARNERO, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>RODNEY DARNELL DONALDSON JR., an individual; UNITED STATES POSTAL SERVICE, a government entity; DOES 1 through 10; ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO.:<br>DEPT NO.:<br><br><br><u>COMPLAINT</u> |

COME NOW, ERIK HERNANDEZ ROBLES and ALEXIZ GOMEZ CARNERO ("Plaintiffs"), by and through their attorneys of record, ALEXANDRE M. FAYAD, ESQ. & ASIF LAKHANI, ESQ., of the ACE LAKHANI LAW FIRM, for causes of action against RODNEY DARNELL DONALDSON JR., an individual, and an employee, agent, or officer of the UNITED STATES POSTAL SERVICE ("USPS"), DOES 1 through 10, and ROE CORPORATIONS 1 through 10, inclusive, (collectively "Defendants") and alleges as follows:

## GENERAL ALLEGATIONS

1. At all times relevant hereto, Plaintiffs ERIK HERNANDEZ ROBLES and ALEXIZ GOMEZ CARNERO were and are residents of Clark County, Nevada.

2. Upon information and belief, at all times relevant hereto, Defendant RODNEY DARNELL DONALDSON JR., was and is a resident of Clark County, Nevada.

3. Upon information and belief, at all times relevant hereto, Defendant USPS is a United States Government entity, authorized to conduct business in Clark County, Nevada.

4. The events giving rise to this Complaint occurred in Clark County, Nevada.

5. That the true names or capacities, whether individual, corporate, association or otherwise, of Defendants DOES 1 through 10, and ROE CORPORATIONS 1 through 10, are unknown to Plaintiffs, whom therefore sue said Defendants by such fictitious names.

6. Plaintiffs are informed and believe, and therefore allege that each of the Defendants designated herein as a DOE and ROE CORPORATIONS are responsible in some manner for the events and happenings referred to and caused damages proximately to the Plaintiffs as herein alleged, and that Plaintiffs will ask leave of this Court to amend his Complaint, to insert the true names and capacities of DOES 1 through 10, and ROE CORPORATIONS 1 through 10, when the same have been ascertained and to join such Defendants in this action.

7. Plaintiffs are informed and believe that DOE individuals, 1 through 10, are owners, operators, and lessors, or individuals otherwise in possession and control of, the motor vehicles herein alleged, who maintain the motor vehicles herein alleged, and/or are individuals otherwise within the flow of traffic related hereto.

8. Plaintiffs are informed and believe that ROE CORPORATIONS 1 through 5 are owners, lessors and/or maintainers of the motor vehicles herein alleged, and/or are in some

-2-

manner responsible for the actions and omissions of their employees, agents, assigns, lessees and/or predecessors or successors in interest related hereto.

9. Plaintiffs are informed and believe that ROE CORPORATIONS 6 through 10 are insurers of Defendants and/or the motor vehicles and/or parties herein alleged and provided insurance to include, but not limited to, uninsured and underinsured motor coverage, umbrella, disability, death and funeral benefits, medical payments and/or other for Plaintiff and/or any party hereto of DOE or ROE.

## FACTS COMMON TO ALL CAUSES OF ACTION

10. Plaintiffs repeat, reallege and incorporate by this reference each and all of the allegations contained in all prior paragraphs of this Complaint as though fully set forth herein.

11. On or about April 13, 2024, Plaintiffs were driving a 2005 DODGE RAM westbound on Sahara Avenue in Las Vegas, Nevada.

12. Plaintiffs came to a full stop at the red light on Sahara Avenue at Grand Canyon.

13. Defendant was driving behind Plaintiff in a USPS vehicle, westbound on Sahara.

14. Defendant was in course and scope of his employment with the USPS at all times relevant herein.

15. Defendant failed to use due care, operated his vehicle in a negligent, careless, reckless and wanton manner, traveled too fast for conditions, and failed to yield or stop to avoid colliding with Plaintiff.

16. Specifically, Defendant failed to stop for the red light and rear-ended the Plaintiffs with such force that Plaintiffs truck was forced into the next vehicle stopped in front of Plaintiffs at the red light.

17. This collision resulted in serious injuries to Plaintiffs.

18. As a result of said injuries, Plaintiffs were forced to seek physicians to provide medical treatment and care.

19. Plaintiffs' injuries have caused severe pain and suffering, and likely require ongoing treatment.

20. Plaintiffs have suffered damages in excess of $15,000.00.

21. Plaintiffs have been required to retain the services of the ACE LAKHANI LAW FIRM to prosecute this action, and therefore is entitled to reasonable attorney's fees and costs.

22. Pursuant to the Federal Tort Claims Act (28 U.S.C. §1346), Plaintiffs filed a claim with USPS.

23. Pursuant to 28 U.S.C. §2675(a), Plaintiffs have received a written denial and/or waited more than six (6) months to bring this action for damages against USPS.

## FIRST CAUSE OF ACTION
*(Negligence/Negligence Per Se As To Defendant Rodney Darnell Donaldson, Jr.)*

24. Plaintiffs repeat, reallege and incorporate by this reference each and all of the allegations contained in all prior paragraphs of this Complaint as though fully set forth herein.

25. Defendant RODNEY DARNELL DONALDSON, JR. owed Plaintiffs a duty to exercise due care in operating a motor vehicle, and Defendant's actions described herein were a breach of this duty to use due care.

26. Defendant's actions were in direct violation of various Nevada Revised Statutes, Clark County Ordinances, and Las Vegas Municipal Codes, and therefore constitute negligence *per se*.

27. Such laws were enacted to protect the general public while on the roadways of the State of Nevada.

28. Plaintiffs were a member of the class(es) these various laws were intended to protect.

29. As a direct and proximate result of the negligence, carelessness, recklessness, wantonness, and willfulness of Defendant, Plaintiffs suffered personal bodily injuries, all or some of which may be permanent and disabling in nature, as well as the loss of enjoyment of life.

30. As a direct and proximate result of the negligence, carelessness, recklessness, wantonness, and willfulness of Defendant, Plaintiffs required medical care to treat injuries sustained in the motor vehicle accident and will require future treatment, the cost of which exceeds $15,000.00.

31. As a direct and proximate result of the negligence, carelessness, recklessness, wantonness, and willfulness of Defendant, Plaintiffs have experienced pain, suffering, and emotional distress, all contributing to general damages in excess of $15,000.00.

32. Plaintiffs have been required to retain the services of the ACE LAKHANI LAW FIRM to prosecute this action, and is entitled to reasonable attorney's fees and costs.

## SECOND CAUSE OF ACTION
*(Negligent Hiring, Training, Retention, Supervision as to Defendant USPS)*

33. Plaintiffs repeat, reallege and incorporate by this reference each and all of the allegations contained in all prior paragraphs of this Complaint as though fully set forth herein.

34. Defendant USPS, Inc. had a non-delegable duty to exercise due care in the hiring, training, retention, and supervision of its employees, agents, contractors, including but not limited to Defendant RODNEY DARNELL DONALDSON, JR.

35. Upon information and belief, Defendants UNITED STATES POSTAL SERVICE breached this non-delegable duty to exercise due care in the hiring, training, retention, and supervision of its employees, agents, contractors, including but not limited to hiring Defendant

RODNEY DARNELL DONALDSON, JR. without the appropriate investigation of their driving history prior to employment. UNITED STATES POSTAL SERVICE further breached their duties by failing to properly train and supervise Defendant RODNEY DARNELL DONALDSON, JR. to avoid preventable accidents.

36. As a direct and proximate result of the negligence of Defendant UNITED STATES POSTAL SERVICE, Plaintiffs suffered personal bodily injuries, all or some of which may be permanent and disabling in nature, as well as the loss of enjoyment of life.

37. As a direct and proximate result of the negligence of Defendant UNITED STATES POSTAL SERVICE Plaintiffs required medical care to treat injuries sustained in the motor vehicle accident and will require future treatment, the cost of which exceeds $15,000.00.

38. As a direct and proximate result of the negligence, carelessness, recklessness, wantonness, and willfulness of Defendant UNITED STATES POSTAL SERVICE, Plaintiffs have experienced pain, suffering, and emotional distress, all contributing to general damages in excess of $15,000.00.

39. Plaintiffs have been required to retain the services of the ACE LAKHANI LAW FIRM to prosecute this action, and is entitled to reasonable attorney's fees and costs.

### THIRD CAUSE OF ACTION
### (*Negligent Entrustment as to Defendant USPS*)

40. Plaintiffs repeat, reallege and reincorporate by reference each and all of the allegations contained in prior paragraphs of this Complaint, as though fully set forth herein.

41. Upon information and belief, Defendant USPS, is the owner and insurer of a of the 1994 GRUMMAN POST OFFICE VAN driven by the Defendant RODNEY DARNELL DONALDSON, JR.

-6-

42. Defendant USPS owed Plaintiffs a duty of care to only entrust properly trained persons with the operation of vehicles in his fleet.

43. Defendant USPS knew or should have known that Defendant RODNEY DARNELL DONALDSON, JR. was unqualified to operate the 1994 GRUMMAN POST OFFICE VAN by reason of age, experience, or known habits involving an unreasonable risk of harm to others.

44. As a direct and proximate result of the Defendant's negligent entrustment of the 1994 GRUMMAN POST OFFICE VAN, Plaintiffs suffered personal bodily injuries, all or some of which may be permanent and disabling in nature.

45. As a direct and proximate result of Defendant's negligent entrustment of the 1994 GRUMMAN POST OFFICE VAN, Plaintiffs experienced pain, suffering, emotional distress, and required medical care to treat injuries sustained in the motor vehicle accident and will require future treatment, the cost of which exceeds $15,000.00.

46. Plaintiffs have been required to retain the services of the ACE LAKHANI LAW FIRM to prosecute this action, and is entitled to reasonable attorney's fees and costs.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiffs, expressly reserving the right to amend this Complaint herein to include all parties and items of damage not yet ascertained, demands judgment against Defendants and each of them, as follows:

1. For general damages in an amount in excess of Fifteen Thousand Dollars ($15,000.00);

2. For special damages for medical care and treatment in an in an amount in excess of Fifteen Thousand Dollars ($15,000.00);

-7-

3. For reasonable attorneys' fees and costs of suit incurred herein;

4. For pre-judgement and post-judgment interest as provided by law; and;

5. For such other and further relief as to the Court may deem just and proper.

DATED this 18th day of November, 2024.

                                  ACE LAKHANI LAW FIRM

ASIF LAKHANI, ESQ.
Nevada Bar No. 15059
ALEXANDRE M. FAYAD, ESQ.
Nevada Bar No. 15407
ACE LAKHANI LAW FIRM
100 N. City Parkway, Suite 1700
Las Vegas, Nevada 89106
Telephone: (702) 814-4000
Facsimile: (702) 814-1500
ace@acelakhani.com
alex@acelakhani.com
*Attorneys for Plaintiff*