TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARILYN E. GARTLEY
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-5084
Email: marilyn.gartley@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIK HERNANDEZ ROBLES, an individual; ALEXIZ GOMEZ CARNERO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>RODNEY DARNELL DONALDSON, Jr., an individual; UNITED STATES POSTAL SERVICE, a government entity; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-00397-GMN-BNW<br><br>**Stipulation to Extend Time for Federal Defendants to Respond to Plaintiffs' Complaint**<br><br>**(First Request)** |

PLEASE TAKE NOTICE that in accordance with LR IA 6-1 and pursuant to Fed. R. Civ. P. 6(b)(1)(B), Plaintiffs Erik Hernandez Robles and Alexiz Gomez Carnero ("Plaintiffs"), and Federal Defendants the United States Postal Service and Rodney Darnell Donaldson ("Federal Defendants") (collectively "the parties"), through respective undersigned counsel, hereby stipulate and agree as follows:

1. On or about November 18, 2025, Plaintiffs commenced this action in the Eighth Judicial District Court, Clark County, Nevada, as case no. A-25-933157-C, under the Federal Tort Claims Act.

2. Service on the Federal Defendants as required by Fed. R. Civ. P. 4(i)(2) was completed on January 15, 2026.

1

3.      Pursuant to Fed. R. Civ. P. 12(a)(2) and Fed. R. Civ. P. 12(b), the Federal Defendants' response is due by March 16, 2026.

4.      Federal Defendants request, and Plaintiffs agree to, a 30-day extension from March 16, 2026, to April 15, 2026, for Federal Defendants to respond to Plaintiffs' complaint.

5.      This extension of time is necessary because agency counsel requires additional time to review the materials related to this incident, and undersigned counsel needs to coordinate with agency counsel on the responsive pleading.

6.      This is the first request sought by Federal Defendants for an extension of the deadlines by which Federal Defendants must respond to Plaintiffs' complaint.

7.      The Parties submit that the instant stipulation is being offered to the Court for approval in good faith and not for the purpose of undue delay.

The Parties therefore request that the Court extend the deadline for Federal Defendants to respond to Plaintiffs' complaint from March 16, 2026, to April 15, 2026.

Respectfully submitted this 11th day of March 2026.

**Ace Lakhani Law Firm**

*/s/ Alexandre M. Fayad*
ALEXANDRE M. FAYAD, ESQ.
ASIF LAKHANI, ESQ.
100 N. City Parkway, Ste. 1700
Las Vegas, NV 89106
*Attorneys for Plaintiffs*

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Marilyn E. Gartley*
MARILYN E. GARTLEY
Assistant United States Attorney
*Attorneys for Federal Defendants*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE COURT JUDGE**

**DATED:**   March 12, 2026

2