TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar Number 5144
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-5084
James.Sweetin@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIK HERNANDEZ ROBLES, an individual; ALEXIZ GOMEZ CARNERO, an individual, | Case No.: 2:26-cv-00397-GMN-BNW |
| Plaintiffs, | **Notice of Appearance** |
| v. | |
| RODNEY DARNELL DONALDSON, Jr., an individual; UNITED STATES POSTAL SERVICE, a government entity; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive, | |
| Defendants. | |

Please take notice that Assistant United States Attorney James R. Sweetin is appearing as counsel for the Federal Defendants, Rodney Darnell Donaldson, Jr., and United States Postal Service.

/ / /

/ / /

/ / /

1

Hereafter, all parties to the above-referenced case should notify the undersigned counsel of any action in this matter.

Respectfully submitted this 15th day of April 2026.

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ James R. Sweetin*
JAMES R. SWEETIN
Assistant United States Attorney
*Attorneys for Federal Defendants*