TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar Number 5144
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-5084
James.Sweetin@usdoj.gov

*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ERIK HERNANDEZ ROBLES, an individual; ALEXIZ GOMEZ CARNERO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>RODNEY DARNELL DONALDSON, Jr., an individual; UNITED STATES POSTAL SERVICE, a government entity; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-00397-GMN-BNW<br><br>**Stipulation to Extend Time for Federal Defendants to Respond to Plaintiffs' First Amended Complaint**<br><br>**(First Request)** |

PLEASE TAKE NOTICE that in accordance with LR IA 6-1 and pursuant to Fed. R. Civ. P. 6(b)(1)(B), Plaintiffs Erik Hernandez Robles and Alexiz Gomez Carnero ("Plaintiffs"), and Federal Defendants the United States Postal Service and Rodney Darnell Donaldson ("Federal Defendants") (collectively "the parties"), through respective undersigned counsel, hereby stipulate and agree as follows:

1. On or about November 18, 2025, Plaintiffs commenced this action in the Eighth Judicial District Court, Clark County, Nevada, as case no. A-25-933157-C, under the Federal Tort Claims Act.

1

2.      Service on the Federal Defendants as required by Fed. R. Civ. P. 4(i)(2) was completed on January 15, 2026.

3.      Plaintiff's counsel filed Amended Complaint to correct named defendants on May 27, 2026.

The parties request a 60-day extension from June 10, 2026, to August 10, 2026, for Federal Defendant to respond to Plaintiffs' First Amended Complaint.

4.      This is the first request for an extension of time to answer Plaintiff's First Amended Complaint.

5.      The Parties submit that the instant stipulation is being offered to the Court for approval in good faith and not for the purpose of undue delay.

The Parties therefore request that the Court extend the deadline for Federal Defendants to respond to Plaintiffs' First Amended Complaint from June 15, 2026, to July 27, 2026.

Respectfully submitted this 12th day of June 2026.

| | |
|---|---|
| Ace Lakhani Law Firm | TODD BLANCHE<br>Acting Attorney General of the United States<br>SIGAL CHATTAH<br>First Assistant United States Attorney |
| */s/  Ace Lakhani*<br>ACE LAKHANI, ESQ.<br>100 N. City Parkway, Ste. 1700<br>Las Vegas, NV 89106<br>*Attorney for Plaintiffs* | */s/  James R. Sweetin*<br>JAMES R. SWEETIN<br>Assistant United States Attorney<br>*Attorneys for Federal Defendants* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE** ˙

**DATED:**    June 22, 2026

2