ASIF LAKHANI, ESQ.
Nevada Bar No. 15059
KARSON D. BRIGHT, ESQ.
Nevada Bar No. 14837
**ACE LAKHANI LAW FIRM**
100 N. City Parkway, Suite 1700
Las Vegas, Nevada 89106
Telephone: (702) 814-4000
Facsimile: (702) 814-1500
ace@acelakhani.com
Karson@acelakhani.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Alexiz Gomez Carnero, an individual; Erik Hernandez Robles, an individual,<br><br>Plaintiffs,<br>v.<br><br>Rodney Darnell Donaldson Jr., an individual; United States Postal Service, a government entity;<br><br>Defendants. | Case No. 2:26-cv-00397<br><br>**MOTION FOR SUBSTITUTION OF ATTORNEY OF RECORD** |

**PLEASE TAKE NOTICE** that Plaintiffs Alexiz Gomez Carnero and Erik Hernandez Robles, by and through their counsel of record, ACE LAKHANI LAW FIRM, hereby move this Court, pursuant to Local Rule IA 11-6, for an order substituting Karson D. Bright, Esq., Nevada Bar No. 14837, as attorney of record for Plaintiffs in place of Alexandre M. Fayad, who is no longer associated with ACE LAKHANI LAW FIRM. ACE LAKHANI LAW FIRM remains counsel of record for Plaintiffs, and this substitution will not delay any proceeding in this case. Please direct all future pleadings and correspondence to Karson D. Bright, Esq.

**PLEASE TAKE FURTHER NOTICE** The undersigned certifies under penalty of perjury under the laws of the United States of America that Alexandre M. Fayad is no longer

associated with ACE LAKHANI LAW FIRM, and that Karson D. Bright, Esq. is fully familiar with this matter and available to act as counsel of record for Plaintiffs.

For the foregoing reasons, Plaintiffs respectfully request that the Court enter the accompanying Proposed Order granting this Motion.

DATED this 31st day of July 2026.

**ACE LAKHANI LAW FIRM**

/s/ Karson D. Bright
KARSON D. BRIGHT, ESQ.
Nevada Bar No. 14837
100 N. City Parkway, Suite 1700
Las Vegas, Nevada 89106
Telephone: (702) 814-4000
Facsimile: (702) 814-1500
*Attorneys for Plaintiffs*

ACE LAKHANI LAW.

ACE LAKHANI LAW.

**CERTIFICATE OF SERVICE**

Pursuant to F.R.C.P. 5(b), I hereby certify that I am an employee of ACE LAKHANI LAW FIRM and that on this 31st day of July 2026, I caused to be served a copy of the foregoing **MOTION FOR SUBSTITUTION OF ATTORNEY OF RECORD** to be served as follows to the attorneys listed below:

[ ] pursuant to N.E.F.C.R. 9 by serving it via electronic service

[ ] by placing a true and correct copy of the same to be deposited for mailing in the U.S. Mail at Las Vegas, Nevada, enclosed in a sealed envelope upon which first class postage was fully prepaid; and/or

[ ] pursuant to EDCR 7.26, by sending it via facsimile; and/or

[X] Case Management/Electronic Case Filling (CM/ECF)

[ ] Email:

*/s/Judith Le*
An employee of ACE LAKHANI LAW FIRM

ASIF LAKHANI, ESQ.
Nevada Bar No. 15059
KARSON D. BRIGHT, ESQ.
Nevada Bar No. 14837
**ACE LAKHANI LAW FIRM**
100 N. City Parkway, Suite 1700
Las Vegas, Nevada 89106
Telephone: (702) 814-4000
Facsimile: (702) 814-1500
ace@acelakhani.com
Karson@acelakhani.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Alexiz Gomez Carnero, an individual; Erik Hernandez Robles, an individual,<br><br>Plaintiffs,<br>v.<br><br>Rodney Darnell Donaldson Jr., an individual; United States Postal Service, a government entity;<br><br>Defendants. | Case No. 2:26-cv-00397<br><br>**~~[PROPOSED]~~ ORDER** |

IT IS HEREBY ORDERED that Plaintiffs' Motion for Substitution of Attorney of Record is GRANTED. Karson D. Bright, Esq., Nevada Bar No. 14837, is substituted as attorney of record for Plaintiffs Alexiz Gomez Carnero and Erik Hernandez Robles in place of Alexandre M. Fayad. All future pleadings and correspondence shall be directed to Karson D. Bright, Esq., ACE LAKHANI LAW FIRM, 100 N. City Parkway, Suite 1700, Las Vegas, Nevada 89106.

IT IS SO ORDERED.

DATED this 4th day of August, 2026.

______________________________
UNITED STATES MAGISTRATE JUDGE