ASIF A. LAKHANI, ESQ.
Nevada Bar No. 15059
KARSON D. BRIGHT, ESQ.
Nevada Bar No. 14837
ACE LAKHANI LAW FIRM
100 N. City Parkway, Suite 1700
Las Vegas, Nevada 89106
Telephone: (702) 814-4000
Facsimile: (702) 814-1500
ace@acelakhani.com
karson@acelakhani.com
*Attorneys for Plaintiff*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| Alexiz Gomez Carnero, an individual; Erik Hernandez Robles, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | CASE NO.: 2:26-cv-00397-GMN-BNW<br><br>**JOINT DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |

Pursuant to Federal Rule of Civil Procedure 26(f) and LR 26-1, Plaintiffs Alexiz Gomez Carnero and Erik Hernandez Robles ("Plaintiffs"), by and through their counsel of record, Karson D. Bright, Esq. of Ace Lakhani Law Firm, and Defendant United States of America ("Defendant"), by and through its counsel of record, James R. Sweetin, Esq. the United States Attorney's Office for the District of Nevada, hereby stipulate to the following Joint Discovery Plan and Scheduling Order:

**1.** **Initial Disclosures:** The Parties participated in the scheduling conference pursuant to Fed. R. Civ. P. 26(f) on **August 5, 2026**. The Parties shall exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) no later than fourteen (14) days after the Rule 26(f) conference, which is **August 19, 2026.**

**2.** **Discovery Cut-Off Date:** The last day of discovery shall be **January 22, 2027,** which is the first weekday following 180 days from Defendant's appearance on July 27, 2026.

**3.** **Amending the Pleadings and Adding Parties:** The deadline for filing motions to amend the pleadings or to add parties shall be **October 23, 2026,** which is approximately ninety (90) days before the discovery cut-off date.

**4.** **Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):** The disclosure of any initial expert witnesses, shall be made by **November 23, 2026**, which is sixty (60) days before the discovery cut-off date. The disclosure of any rebuttal experts shall be made by **December 23, 2026**, which is thirty (30) days after the initial disclosure of experts.

**5.** **Dispositive Motions:** Dispositive motions may be filed no later than **February 19, 2027**. In the event that the discovery period is extended from the discovery cut-off date set forth in this Joint Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended for the same duration, to be no later than thirty (30) days after the extended discovery cut-off date.

**6.** **Pretrial Order:** If no dispositive motions are filed, the Joint Pretrial Order shall be filed by **March 22, 2027**, which is thirty (30) days after the deadline for filing dispositive motions. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the Court's decision on the dispositive motion(s), or until further order of the Court.

**7.** **Fed. R. Civ. P. 26(a)(3) Disclosures:** The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the Joint Pretrial Order.

**8.** **Alternative Dispute Resolution:**

ACE LAKHANI LAW.

In compliance with LR 26-1(b)(7), the Parties certify that they have met and conferred about the possibility of using alternative dispute-resolution processes, including mediation, arbitration, and early neutral evaluation. The Parties have discussed ADR and agree that, given the pendency of Defendant's Partial Motion to Dismiss and the early procedural posture of this case, ADR is premature at this time. The Parties will continue to evaluate the appropriateness of ADR as the case progresses and will promptly notify the Court if they later agree to pursue it.

**9. Electronic Filing and Service:**

The Parties' attorneys of record in this matter are registered users of the Court's electronic filing system and, as such, consent to electronic service of all documents and things electronically filed with the Court, except for pleadings and other documents set forth in Fed. R. Civ. P. 4. For documents and things that are not filed with the Court, the Parties, in accordance with Fed. R. Civ. P. 5(b)(2)(F), each consent to electronic service of the same as follows: for Plaintiffs, service shall be made by email to judith@acelakhani.com and karson@acelakhani.com ; and for Defendant, service shall be made by email to James.Sweetin@usdoj.gov and Maria.Covarrubias@usdoj.gov

**10. Electronically Stored Information:**

The Parties do not at this time anticipate any issues regarding disclosure, discovery, or preservation of electronically stored information ("ESI"), if any, including the form or forms in which it should be produced. The Parties anticipate that evidence may be presented at trial in electronic format and will endeavor to produce documents in a format compatible with the Court's electronic evidence display system. The Parties agree that ESI may be produced or presented at trial in a readable image (e.g., .pdf or .tiff) format, while reserving the right to thereafter seek production of the ESI in native format if necessary and to the extent readable images are

insufficient to establish any claim or defense. If a Party later requests that ESI be produced in native format and/or as a forensic copy, the Parties agree to meet and confer to determine the parameters of that production. The Parties shall work in good faith with respect to the production and presentation of ESI.

**11. <u>Privileged or Protected Documents:</u>**

The Parties agree to be bound by Fed. R. Evid. 502 regarding the disclosure of privileged material or work product. The Parties acknowledge that, while each is taking reasonable steps to identify and prevent disclosure of any document believed to be privileged, privileged material may nonetheless be produced inadvertently. Accordingly, the Parties agree that a producing party who inadvertently produces a document protected by the attorney-client privilege, the attorney work-product doctrine, or any other recognized privilege or protection (a "privileged document"), without intending to waive the claim of privilege, may promptly notify the receiving party that the document was inadvertently produced and should have been withheld. Upon such notice, the receiving party must promptly return, sequester, or destroy the specified document(s) and any copies thereof, and by complying with this obligation does not waive any right to challenge the assertion of privilege.

**12. <u>Alternative Forms of Case Disposition:</u>** The parties have considered consenting to trial before a magistrate judge pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, but do not consent at this time. The parties acknowledge that non-dispositive pretrial matters may be decided by the assigned magistrate judge pursuant to LR IB 1-3 and 28 U.S.C. § 636(b)(1)(A), and that dispositive motions will be addressed through findings and recommendations to the district judge pursuant to LR IB 1-4 and 28 U.S.C. § 636(b)(1)(B).

**13. <u>Extensions or Modifications of the Discovery Plan and Scheduling Order:</u>**

In accordance with LR IA 6-1 and LR 26-3, a stipulation or motion for modification or extension of this Discovery Plan and Scheduling Order, and any deadline contained herein, must be made no later than twenty-one (21) days before the subject deadline, and shall include a statement of the discovery completed to date, the reasons the deadline was not satisfied, and a proposed schedule for completing remaining discovery.

DATED: August 7, 2026

*/s/ Karson D. Bright*
ASIF A. LAKHANI, ESQ.
Nevada Bar No. 15059
KARSON D. BRIGHT, ESQ.
Nevada Bar No. 14837
**ACE LAKHANI LAW FIRM**
100 N. City Parkway, Suite 1700
Las Vegas, Nevada 89106
Telephone: (702) 814-4000
Facsimile: (702) 814-1500
ace@acelakhani.com
karson@acelakhani.com
*Attorneys for Plaintiff*

DATED: August 7, 2026

*/s/ James R. Sweetin*
TODD BLANCHE Acting Attorney General of the United States
SIGAL CHATTAH First Assistant United States Attorney District of Nevada Nevada Bar Number 8264

JAMES R. SWEETIN Assistant United States Attorney Nevada Bar No. 5144
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
James.Sweetin@usdoj.gov
*Attorneys for Defendant United States of America*

///

///

///

///

///

///

///

///

///

ACE LAKHANI LAW.

**ORDER**

**IT IS SO ORDERED. The discovery deadlines are as follows:**

| | |
|---|---|
| Last day to Amend Pleadings and Add Parties: | **October 23, 2026** |
| Initial Expert Disclosures: | **November 23, 2026** |
| Rebuttal Expert Disclosures: | **December 23, 2026** |
| Discovery Deadline: | **January 22, 2027** |
| Dispositive Motions: | **February 19, 2027** |
| Joint Pretrial Order (if no dispositive motions filed): | **March 22, 2027** |

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: August 10, 2026